# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# BATESVILLE DIVISION

NOAH JASON NEACE                                                                    PLAINTIFF

v.                                    NO. 1:10CV00021 JLH/HDY

MOUNTAIN VIEW, CITY OF *et al.*                                            DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1. The Clerk of the Court is directed to stay and administratively terminate this proceeding pending final disposition of Plaintiff's criminal charges.

2. This case may be reopened upon Plaintiff's filing of a motion to reopen the case after such final disposition.

IT IS SO ORDERED this 2nd day of June, 2010.

*/s/ J. Leon Holmes*
UNITED STATES DISTRICT JUDGE